199 So.2d 682

**Emmett Harold ENGLERTH**

v.

**STATE.**

**3 Div. 279.**

Supreme Court of Alabama.

June 1, 1967.

Elno A. Smith, Jr., Montgomery, for petitioner.

MacDonald Gallion, Atty. Gen., and Robt. F. Miller, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Emmett Harold Englerth for certiorari to the Court of Appeals to review and revise the judgment and decision in Englerth v. State, 43 Ala.App. 663, 199 So. 2d 678.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

■

208 So.2d 71

**John Thomas FAIRCLOTH, Jr.**

v.

**STATE.**

**1 Div. 513.**

Supreme Court of Alabama.

March 7, 1968.

Thos. M. Haas, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of John Thomas Faircloth, Jr. for Certiorari to the Court of Appeals to review and revise the judgment and decision in Faircloth v. State, 208 So.2d 66.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

■

200 So.2d 504

**Larry M. GAMBLE**

v.

**STATE.**

**7 Div. 779.**

Supreme Court of Alabama.

June 29, 1967.

Ralph Smith, Guntersville, for petitioner.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Larry M. Gamble for certiorari to the Court of Appeals to review and revise the judgment and decision in Gamble v. State, 44 Ala.App. 1, 200 So.2d 500.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.